Official Form 1 (10/06)

| United States Bankruptcy Court<br>Eastern District of Missouri | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Huling, Thomas S.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Huling, Diana M.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-8305** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-0755** |
| Street Address of Debtor (No. and Street, City, and State):<br>**1815 Boulder Springs Drive, Apt D**<br>**Saint Louis, MO**<br>ZIP Code **63146** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1815 Boulder Springs Drive, Apt D**<br>**Saint Louis, MO**<br>ZIP Code **63146** |
| County of Residence or of the Principal Place of Business:<br>**Saint Louis** | County of Residence or of the Principal Place of Business:<br>**Saint Louis** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other<br><br>**Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2 million.<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1000-<br>5,000 | 5001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 100,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ☐ $10,001 to $100,000 | ■ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $1 million | ■ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

**Official Form 1 (10/06)**                                                                                           **FORM B1**, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>   **Huling, Thomas S.**<br>   **Huling, Diana M.** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br> **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X**_____<br>     Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment aganist the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (10/06)                                                                                FORM B1, Page 3

| # Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Huling, Thomas S.**<br>**Huling, Diana M.** |

Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Thomas S. Huling**
Signature of Debtor  **Thomas S. Huling**

**X  /s/ Diana M. Huling**
Signature of Joint Debtor  **Diana M. Huling**

Telephone Number (If not represented by attorney)

**November 14, 2006**
Date

**Signature of Attorney**

**X  /s/ Bonnie L. Clair**
Signature of Attorney for Debtor(s)

**Bonnie L. Clair MO#41696, ED#44553**
Printed Name of Attorney for Debtor(s)

**Summers Compton Wells & Hamburg, P.C.**
Firm Name

**8909 Ladue Road**
**St. Louis, MO 63124**

Address

**314-991-4999  Fax: 314-991-2413**
Telephone Number

**November 14, 2006**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Official Form 1, Exhibit D (10/06)**

# United States Bankruptcy Court
## Eastern District of Missouri

In re    **Thomas S. Huling**
       **Diana M. Huling**                      Case No.                   
                                   Debtor(s)            Chapter    **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**Official Form 1, Exh. D (10/06) - Cont.**

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

　　☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

　　☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

　　☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:　　**/s/ Thomas S. Huling**
　　　　　　　　　　　　**Thomas S. Huling**

Date:　**November 14, 2006**

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037　　　　Best Case Bankruptcy

**Official Form 1, Exhibit D (10/06)**

# United States Bankruptcy Court
### Eastern District of Missouri

In re    **Thomas S. Huling**
      **Diana M. Huling**                            Case No. _____
                              Debtor(s)        Chapter    **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

**Official Form 1, Exh. D (10/06) - Cont.**

 **If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

 ☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
  ☐ Active military duty in a military combat zone.

 ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

 **I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Diana M. Huling**
       **Diana M. Huling**

Date:   **November 14, 2006**

Form 4
(10/05)

## United States Bankruptcy Court
### Eastern District of Missouri

In re
**Thomas S. Huling**
**Diana M. Huling**

Debtor(s)

Case No.

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Chase Home Finance, LLC**<br>**PO Box 9001871**<br>**Louisville, KY 40290-1871** | **Chase Home Finance, LLC**<br>**PO Box 9001871**<br>**Louisville, KY 40290-1871** | **3736 Oregon Ave, St. Louis, MO 63118**<br>**Deficiency Balance Business Debt** | **Contingent Unliquidated Disputed** | **55,022.96** |
| **Citizens National Bank**<br>**7305 Manchester**<br>**Saint Louis, MO 63143** | **Citizens National Bank**<br>**7305 Manchester**<br>**Saint Louis, MO 63143** | **3456 A California Foreclosed Deficiency Balance Business Debt** | **Contingent Disputed** | **52,622.98** |
| **Eagle Bank**<br>**PO Box 128**<br>**Festus, MO 63028** | **Eagle Bank**<br>**PO Box 128**<br>**Festus, MO 63028** | **2720-24 Chippewa** | **Contingent Disputed** | **177,477.42** |
| **Frank Anselmo**<br>**430 Nantucket**<br>**Saint Charles, MO 63301** | **Frank Anselmo**<br>**430 Nantucket**<br>**Saint Charles, MO 63301** | | **Contingent Unliquidated Disputed** | **250,000.00** |
| **Gateway Bank of St. Louis**<br>**3412 N. Union Blvd**<br>**Saint Louis, MO 63115** | **Gateway Bank of St. Louis**<br>**3412 N. Union Blvd**<br>**Saint Louis, MO 63115** | **4100 2-5 Cleveland, St. Louis, MO 63110 Foreclosed 6/28/2006 Deficiency Balance Business Debt** | **Contingent Disputed** | **35,529.56** |
| **Jefferson Bank & Trust**<br>**5475 Southfield Ctr**<br>**Saint Louis, MO 63123** | **Jefferson Bank & Trust**<br>**5475 Southfield Ctr**<br>**Saint Louis, MO 63123** | **3507 Central, St. Louis, MO 63133 Foreclosed** | **Contingent Disputed** | **53,942.44** |
| **King Commercial Leasing**<br>**10024 Office Center Ave.**<br>**Suite 150**<br>**Saint Louis, MO 63128** | **King Commercial Leasing**<br>**10024 Office Center Ave.**<br>**Suite 150**<br>**Saint Louis, MO 63128** | **Potential Guarantee/deficiency balance of Equipment Lease/purchase Business Debt** | **Contingent Unliquidated Disputed** | **63,978.34** |

In re **Thomas S. Huling**
**Diana M. Huling** _____  Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| King Commercial Leasing<br>10024 Office Center Ave.<br>Suite 150<br>Saint Louis, MO 63128 | King Commercial Leasing<br>10024 Office Center Ave.<br>Suite 150<br>Saint Louis, MO 63128 | Potential Guarantee/deficiency balance of Equipment Lease/purchase Business Debt | Contingent Unliquidated Disputed | 73,309.20 |
| Lindell Bank<br>5500 Mexico Road<br>Saint Peters, MO 63376 | Lindell Bank<br>5500 Mexico Road<br>Saint Peters, MO 63376 | 10192 Baron 1328 Colby 5538 Hodiamont 10015 Monarch Foreclosed Deficiency Balance Business Debt | Contingent Disputed | 174,523.74 |
| Lindell Bank<br>5500 Mexico Road<br>Saint Peters, MO 63376 | Lindell Bank<br>5500 Mexico Road<br>Saint Peters, MO 63376 | 3931 Ohio, St. Louis, MO 63118 | Contingent Disputed | 77,009.62 |
| New Frontier<br>1771 Zumbehl Road<br>Saint Charles, MO 63303 | New Frontier<br>1771 Zumbehl Road<br>Saint Charles, MO 63303 | 4055-57 Botanical, St. Louis, MO 63110 Foreclosed Deficiency Balance Business Debt | Contingent Unliquidated Disputed | 88,500.00 |
| Private Bank<br>1401 S. Brentwood Blvd<br>Saint Louis, MO 63144 | Private Bank<br>1401 S. Brentwood Blvd<br>Saint Louis, MO 63144 | 2201 Atwater, St. Louis, MO Foreclosed Deficiency Balance Business Debt | Contingent Unliquidated Disputed | 264,000.00 |
| Private Bank<br>1401 S. Brentwood Blvd<br>Saint Louis, MO 63144 | Private Bank<br>1401 S. Brentwood Blvd<br>Saint Louis, MO 63144 | 6331 Hancock, St. Louis, MO Foreclosed Deficiency Balance Business Debt | Contingent Unliquidated Disputed | 48,000.00 |
| Pulaski Bank<br>12300 Olive Bank<br>Saint Louis, MO 63178 | Pulaski Bank<br>12300 Olive Bank<br>Saint Louis, MO 63178 | 2859-61 Utah, St. Louis, MO 63118 Foreclosed Deficiency Balance Business Debt | Contingent Unliquidated Disputed | 194,421.00 |
| St. Louis County<br>41 South Central<br>Saint Louis, MO 63105 | St. Louis County<br>41 South Central<br>Saint Louis, MO 63105 | Real Estate Taxes 3145 Fee Fee Rd Business Debt | Contingent Disputed | 37,337.50<br><br>(0.00 secured) |
| The Business Bank of St. Louis<br>8000 Maryland<br>Saint Louis, MO 63105 | The Business Bank of St. Louis<br>8000 Maryland<br>Saint Louis, MO 63105 | 1943 Wright Street, St. Louis, Missouri Rental/Investment Property | Unliquidated | 223,611.98<br><br>(185,000.00 secured) |

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

In re   **Thomas S. Huling**
        **Diana M. Huling**                                                          Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **The Business Bank of St. Louis<br>8000 Maryland<br>Saint Louis, MO 63105** | **The Business Bank of St. Louis<br>8000 Maryland<br>Saint Louis, MO 63105** | **7628 Pennsylvania, St. Louis, MO Foreclosed 7/27/2006 Deficiency Balance Business Debt** | **Contingent Unliquidated Disputed** | **34,868.89** |
| **The Business Bank of St. Louis<br>8000 Maryland<br>Saint Louis, MO 63105** | **The Business Bank of St. Louis<br>8000 Maryland<br>Saint Louis, MO 63105** | **142 North Main Street, St. Charles, MO 63301 Foreclosed Deficiency Balance Business Debt** | **Contingent Disputed** | **241,496.24** |
| **The Business Bank of St. Louis<br>8000 Maryland<br>Saint Louis, MO 63105** | **The Business Bank of St. Louis<br>8000 Maryland<br>Saint Louis, MO 63105** | **5627 Chamberlain Ave, St. Louis, MO 63112 (previously disposed) Business Debt** | **Contingent Disputed** | **112,000.00** |
| **Washington Mutual Home Loans<br>PO Box 9001091<br>Louisville, KY 40290-1091** | **Washington Mutual Home Loans<br>PO Box 9001091<br>Louisville, KY 40290-1091** | **4346 Humphrey, St. Louis, MO 63116 Business Debt** | **Contingent Disputed** | **42,400.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the    of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **November 14, 2006**                Signature   **/s/ Thomas S. Huling**
                                                         **Thomas S. Huling**
                                                         Debtor

Date  **November 14, 2006**                Signature   **/s/ Diana M. Huling**
                                                         **Diana M. Huling**
                                                         Joint Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Missouri

In re   **Thomas S. Huling
Diana M. Huling**                                         Case No.
                                    Debtor(s)             Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of __13__ page(s) and is true, correct and complete.


**/s/ Thomas S. Huling**
**Thomas S. Huling**
Debtor

**/s/ Diana M. Huling**
**Diana M. Huling**
Joint Debtor


Dated:   **November 14, 2006**

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

(L.F. 2 Rev. 03/03)
Best Case Bankruptcy

12523 Missouri Bottom, LLC
10486 Baur Blvd
Saint Louis, MO 63132

17600 Properties, LLC
10486 Baur Blvd
Saint Louis, MO 63132

2801 S 18th St, LLC
10486 Baur Blvd
Saint Louis, MO 63132

3159 Fee Fee LLC
10486 Baur Blvd
Glencoe, MO 63038

7567 St. Charles Rock Rd, LLC
10486 Baur Blvd
Saint Louis, MO 63132

A-Able Lock & Key
5916 Delmar
Saint Louis, MO 63112

A.S. & W. Wholesale
710 Argosy
Riverside, MO 64150

Allied Waste Services
12976 St. Charles Rock Road
Bridgeton, MO 63044

AmerenUE
P.O. Box 66529
Saint Louis, MO 63166

Armstrong Teasdale LLP
Thomas Cummings
One Metropolitan Square
Suite 2600
Saint Louis, MO 63102-2740

Bank Midwest, N.A.
169 Long Rd.
Chesterfield, MO 63005

Bates Electric
Attn: Terry Bond
231 S. Bemiston Ave., Suite 1111
Saint Louis, MO 63105-1914

Bates Electric
Attn:  Terry A. Bond
231 S. Bemiston Avenue, Suite 1111
Saint Louis, MO 63105-1914

Baur Properties, LLC
10486 Baur Blvd
Saint Louis, MO 63132

Behlmann Sign Company
210 St. Francois
Florissant, MO 63031

Bobby Fisher Construction
2801 Missouri
Saint Louis, MO 63118

Brinks Home Security
PO Box 70834
Charlotte, NC 28272-0834

CACi
PO Box 270480
Saint Louis, MO 63127-0480

Charter Communications
P.O. Box 790086
Saint Louis, MO 63179-0086

Chase Home Finance, LLC
PO Box 9001871
Louisville, KY 40290-1871

Christopher K. Geldmacher
Sauter & Sullivan, LLC
3415 Hampton Ave
Saint Louis, MO 63139

CIT
PO Box 550599
Jacksonville, FL 32255-0599

Citizens National Bank
7305 Manchester
Saint Louis, MO 63143

City Grille and Brew Haus
3914 Lindell Blvd
Saint Louis, MO 63108

City of Berkeley
6140 North Hanley Rod
Saint Louis, MO 63134

City of Breckenridge Hills
9623 St. Charles Rock Road
Saint Louis, MO 63114-2637

City of Ferguson
110 Church Street
Ferguson, MO 63135

City of Normandy
PO Box 210825
Saint Louis, MO 63121

City of St. Charles
200 North Second Street
Saint Charles, MO 63301

City of St. Louis
Department of Public Safety
1200 Market Street
Room 424
Saint Louis, MO 63103

City of St. Louis
Ronald Leggett
1200 Market Street
Saint Louis, MO 63103

City of St. Louis Forestry Division
1415 N. 13th Street
Saint Louis, MO 63106

City of St. Louis Water Division
PO Box 66787
Saint Louis, MO 63166-6787

Consolidated Recovery
PO Box 1839
Maryland Heights, MO 63043

Consolidated Recovery Systems, Inc.
PO Box 1719
Memphis, TN 38101-1719

Consumer Collection Management, Inc.
PO Box 1839
Maryland Heights, MO 63043

Cornerstone Bank & Trust, N.A.
200 E. Homer Adams Pkwy
Alton, IL 62002

COUNTRYWIDE HOME LOANS
P.O. BOX 660694
DALLAS, TX 75266-0694

Credit Collection Services
Two Wells Avenue
Dept 7250
Newton Center, MA 02459

```
Credit Control
PO Box 4189
Chesterfield, MO 63006

CreditControl
16141 Swingley Ridge Road
Chesterfield, MO 63017

cybrcollect
PO Box 1145
La Crosse, WI 54602-1145

Danna McKitrick, P.C.
Attn: David Gamache
150 North Meramec, Suite 450
Saint Louis, MO 63105

Danna McKitrick, P.C.
150 North Meramac, Suite 450
Saint Louis, MO 63105

Danna McKitrick, P.C.
Attn: David Gamache
150 North Meramac, Suite 450
Saint Louis, MO 63105

DeMond Signs
93 Betty Lane
PO Box 414
O Fallon, IL 62269

DHP Investments, LLC
2977 Hwy K, Box 257
O Fallon, MO 63366

Eagle Bank
PO Box 128
Festus, MO 63028

Ernst Radiology Clinic
PO Box 60715
Saint Louis, MO 63160-0715

First Bank
PO Box 790281
Saint Louis, MO 63179-0281

First National Bank of St. Louis
PO Box 1988
Jefferson City, MO 65102

Frank Anselmo
430 Nantucket
Saint Charles, MO 63301
```

Frankie Tocco's Pizzeria, LLC
50 Crestwood Exec. Ctr. #202
Saint Louis, MO 63126

Frontenac Bank
3330 Rider Trial South Drive
Earth City, MO 63045

Gardenview Properties, LLC
10484 Baur Blvd
Saint Louis, MO 63132

Gary L. Vincent
Husch & Eppenberger, LLC
190 Carondelet Plaza, Suite 600
Saint Louis, MO 63105-3441

Gary M. Siegel
Siegel Sevastianos
120 S. Central, Suite 130
Saint Louis, MO 63105

Gateway Bank of St. Louis
3412 N. Union Blvd
Saint Louis, MO 63115

Gateway Electric, Inc.
4540 Towne Ct.
Saint Charles, MO 63304

Glass & More
PO Box 173
Smithton, IL 62285

Great American Leasing Corporation
PO Box 609
Cedar Rapids, IA 52406-0609

Hannah House, LLC
50 Crestwood Executive Center, Suite 202
Saint Louis, MO 63126-1901

Hanneke Hardward
5390 Southwest Ave
Saint Louis, MO 63139

Heartland Bank
Attn: John Geppert
212 S. Central Ave.
Saint Louis, MO 63105

Hertz Equipment Rental
3030 Market Street
Saint Louis, MO 63103

```
Hertz Equipment Rental Corporation
Attn:  Helen Bennett
10th Floor West
PO Box 26390
Oklahoma City, OK 73126-0390

HHB Restaurant Group, LLC
3914 Lindell Blvd
Saint Louis, MO 63108

Ignatius H. Yuan
12230 Manchester Road
Saint Louis, MO 63131

IRS
INSOLVENCY
P.O. BOX 66778
STOP 5334STL
ST. LOUIS, MO 63166

Jefferson Bank & Trust
5475 Southfield Ctr
Saint Louis, MO 63123

Jeffrey T. Weisman
Shapiro & Weisman, L.C.
502 Earth City Expressway, Suite 317
Earth City, MO 63045

Jenkins & Kling, P.C.
10 South Brentwood Blvd, Suite 200
Saint Louis, MO 63105-1694

Jobsite Recycling
Attn:  Bobby Fisher
3023 Hwy K
Suite 505
Saint Charles, MO 63304

Jodi Corbett
4005 Northview Terrace
Saint Paul, MN 55123

John E. Fuhrer, Co.
11623 Lakeshore Dr.
Saint Louis, MO 63141

John Marquis
707 Chevron Dr.
Saint Louis, MO 63125
```

John P. Miller
Dunn & Miller, PC
13321 North Outer Forty Road
Suite 100
Town & Country, MO 63017

John Serkes/Atwater Partners
c/o R. Bradley Griffin
Siegel Poger
7711 Bonhomme, Suite 300
Saint Louis, MO 63105

Joseph C. Blanner
7777 Bonhomme, Suite 1400
Saint Louis, MO 63105

Kappel, Neill & Wolff, LLC
7701 Forsyth, Suite 375
Saint Louis, MO 63105

Ken Joggerst
Attn:  Joanna W. Owen
8866 Ladue Road, 2nd Floor
Saint Louis, MO 63124

King Commercial Leasing
10024 Office Center Ave.
Suite 150
Saint Louis, MO 63128

Kirn Insurance Agency, Inc.
PO Box 1773
Ballwin, MO 63011-8773

Kramer & Associates
David J. Gold
433 Hackensack Ave
2nd Floor
Hackensack, NJ 07601

Laclede Gas Company
Drawer 2
Saint Louis, MO 63171

Laconia Savings
62 Pleasant Street
Laconia, NH 03246

Lindell Bank
5500 Mexico Road
Saint Peters, MO 63376

Lindell, LLC
10486 Baur Blvd
Saint Louis, MO 63132

Lisa Krempasky
c/o Megan Heinsz
Dowd Bennett, LLC
7733 Forsyth Blvd, Suite 1410
Saint Louis, MO 63105

Llynn K. White
Polsinelli, Shalton, Welte, Seulthaus
100 S. 4th Street, Suite 1100
Saint Louis, MO 63102

Major Brands
6701 Southwest Ave
Saint Louis, MO 63143

Mark A. Bertsch
911 Washington Ave
Suite 207
Saint Louis, MO 63101

Mark D. Pasework
711 Old Ballas Road
Suite 102
Saint Louis, MO 63141

Marriot Vacation Club
PO Box 382028
Pittsburgh, PA 15250-8028

MBNA
P.O. BOX 15019
WILMINGTON, DE 19886-5019

Merchant Services
PO Box 6603
Hagerstown, MD 21741-6603

Metropolitan Sewer District
2350 Market Street
Saint Louis, MO 63103

Michelle Baumgartner
64 Arbor Hill Court
Wentzville, MO 63385

Mid-America Electric, Inc.
1012 White Street
Imperial, MO 63052

Midwest Agency
8925 Veterans Memorial Parkway
O Fallon, MO 63366

Midwest Collection Service, Inc.
PO Box 280
Florissant, MO 63032-0280

Millsap & Singer, P.C.
612 Spirit Drive
Chesterfield, MO 63005

Missouri American Water
PO Box 5127
Carol Stream, IL 60197-5127

MISSOURI DEPARTMENT OF REVENUE
Taxation Bureau
PO Box 3390
Jefferson City, MO 65105-3390

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
P.O. BOX 475, 301 W. HIGH STREET
Jefferson City, MO 65105

Missouri Machinery
1228 S. 8th Street
Saint Louis, MO 63104

NACM Collection Services
2275 Cassen Dr., Suite 107
Fenton, MO 63026

New Frontier
1771 Zumbehl Road
Saint Charles, MO 63303

New Haven Funding, LLC
Attn: Rick Harris
3680 Taylor Ave
Bridgeton, MO 63044

New Haven Funding, LLC
Attn: Rick Harris
3680 Taylor Ave
Bridgeton, MO 63044

OSI Collection Services, Inc
PO Box 959
Brookfield, WI 53008-0959

Pennsylvania Investments, LLC
10486 Baur Blvd
Saint Louis, MO 63132

Performance Food Group
12500 West Creek Parkway
Richmond, VA 23238

PFG Middendorf
3737 N. Broadway
Saint Louis, MO 63147

Pitney, LLC
10486 Baur Blvd
Saint Louis, MO 63132

Private Bank
1401 S. Brentwood Blvd
Saint Louis, MO 63144

Pulaski Bank
12300 Olive Bank
Saint Louis, MO 63178

R. Bradley Griffin
7711 Bonhomme, Suite 300
Saint Louis, MO 63105

Regions Bank
Department 2521
PO Box 2153
Birmingham, AL 35287-2521

Reliance Bank
9769 Olive Blvd
Saint Louis, MO 63132

Rene Shelp
64 Arbor Hill Court
Wentzville, MO 63385

Restarant Services, LLC
Virgina Grippe
108 S. Main
Saint Charles, MO 63301

Richard P. Dorsey
2209 First Capital Drive
Saint Charles, MO 63301

RMS
55 Shuman Road
PO Box 3099
Naperville, IL 60566-7099

Robert and Janell Hartman
1341 Crooked Stick
O Fallon, MO 63366

Ryan Wuebbeling
Attn: Ronald J. Wuebbeling, Esq.
450 George Ave
Saint Louis, MO 63122

Sandberg, Phoenix & von Gontard, P.C.
Attn: Michael W. Forster
One City Centre, 15th Floor
Saint Louis, MO 63101-1880

Sandberg, Phoenix von Gontard, P.C.
One City Centre, 15th Floor
Saint Louis, MO 63101-1880

Scot Seabaugh
Polsinelli Shalton Welte Sueltahaus
100 S. 4th Street, Suite 1100
Saint Louis, MO 63102-1825

Scott David Buehler
415 N. Second Street
Saint Charles, MO 63301

SSM Health Care
1015 Corporate Square Drive
Saint Louis, MO 63132

St. Charles County, Missouri
201 N. Second Street
Saint Charles, MO 63301-2889

St. Louis County
41 South Central Ave
Saint Louis, MO 63105

St. Louis County
41 South Central
Saint Louis, MO 63105

St. Louis County Revenue
41 South Central Ave
Saint Louis, MO 63105

St. Lukes Hospital
PO Box 60974
Saint Louis, MO 63160-0974

State of Missouri
Dept of Labor and Industrial Relations
Division of Employment Security
Box 59
Jefferson City, MO 65104

Sun Security Bank
PO Box 178
Arcadia, MO 63621

Sysco Food Service of St. Louis, LLC
3850 Mueller Road
Saint Charles, MO 63301

```
Tech Electronics
6437 Manchester Avenue
Saint Louis, MO 63139

Technicote
5797 Westwood Dr.
Saint Charles, MO 63304

The Business Bank of St. Louis
8000 Maryland
Saint Louis, MO 63105

Thomas Federer
201 S 5th Street
Saint Charles, MO 63301-2710

Thomas Howard
Attn:  Katharyn Davis
1420 Strassner Drive
Saint Louis, MO 63144

TODI Investments, LLC
10486 Baur Blvd
Saint Louis, MO 63132

Veolia
13932 St. Charles Rock Road
Earth City, MO 63045

Victorian Properties
Jim Joherst
2801 Missouri
Saint Louis, MO 63118

Vincent's 12th Street Market
2400 South 12th Street
Saint Louis, MO 63104-4319

Vogler Law Firm
11330 Olive Blvd
Suite 200
Saint Louis, MO 63141

W. Dudley McCarter
7777 Bonhomme, Suite 1400
Saint Louis, MO 63105

Washington Mutual Home Loans
PO Box 9001091
Louisville, KY 40290-1091

Westre Investments
3 Westwood Country Club
Saint Louis, MO 63131
```

```
William L. Sauerwein
Sauerwein & Blachard
147 N. Meramec, 2nd Floor
Saint Louis, MO 63105

William L. Sauerwein
Sauerwein & Blanchard
147 N. Meramec, 2nd Floor
Saint Louis, MO 63105
```